Lara E. Nations, Attorney for Plaintiff
Nations Law Group
330 L Street, Suite 101
Anchorage, Alaska 99501
Tel: (907)770-0909
Fax: (907)770-0902
Email: lara@nationslawak.com
Alaska Bar No.: 1506043

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

_____
                         )

**ABDURAZEGH HASSAN**;         )
                         )

Plaintiff                     )
                         )

v.                             )
                         )    Case No. _____

**U.S. DEPARTMENT OF HOMELAND**   )
**SECURITY AND U.S. CITIZENSHIP**    )
**AND IMMIGRATION SERVICES**;     )
                         )

Defendants                  )
_____ )

### <u>COMPLAINT FOR INJUNCTIVE RELIEF UNDER FOIA -5 U.S.C. §552-</u>

**COMES NOW** "Plaintiff," Abdurazegh Hassan, and brings this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. §552 for injunctive or other proper relief, in order to obtain the disclosure and release of records improperly withheld by the "Defendants," U.S. Department of Homeland Security ("DHS") and its component U.S. Citizenship and Immigration Services ("USCIS"), based upon the following:

### <u>I. FACTS</u>

1. On April 23, 2018, Plaintiff sent a FOIA Request to Defendants seeking a copy his "Alien File," number A212-456-049 ("Request"). *See* Exhibit A.

1

2. Via letter dated May 8, 2018, Defendant acknowledged receipt of Plaintiff's FOIA Request and assigned to it the processing number NRC2018066910. *See* Exhibit B.

3. In the receipt letter Defendants asked for ten (10) more days to answer Plaintiff's Request due to "unusual circumstances."

4. In their regular course of business, Defendants create, maintain and control the records sought by Plaintiff's Request.

5. More than thirty (30) business days have passed since Defendants' receipt of Plaintiff's Request. *See* Exhibit B.

6. To the date of filing of this action, Defendants have not provided a response or determination, or invoked an exception to production of Defendant's Request. *See* Exhibit B.

## II. JURISDICITION AND VENUE

7. The Court has jurisdiction over this action pursuant to FOIA, 5 U.S.C. § 552(a)(4)(B).

8. The Court has the authority to grant declaratory relief pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201 et seq.

9. Venue is proper under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## III. PARTIES

10. Abdurazegh Hassan, Plaintiff, is a lawful permanent resident of the United States (LPR) who resides in Anchorage, Alaska.

11. Defendants, the U.S. Department of Homeland Security ("DHS") and U.S. Citizenship and Immigration Services, ("USCIS"), a component of DHS, are agencies within the meaning of 5 U.S.C. § 552(f)(1). Defendants have possession, custody, and/or control of records to which Plaintiff seeks access in his Request and are the subject of this Complaint.

# IV. STATUTORY FRAMEWORK

12. The FOIA promotes open government by providing every person with a right to request and receive federal agency records. 5 U.S.C. § 552(a)(3)(A).

13. The FOIA requires an agency to accept and process any request for access to agency records that (a) "reasonably describes such records," and (b) "is made in accordance with published rules stating the time, place, fees, . . . and procedures to be followed[.]" 5 U.S.C. § 552(a)(3)(A).

14. In furtherance of its purpose to encourage open government, FOIA imposes strict deadlines on agencies to provide responsive documents to FOIA requests. Id. § 552(a)(6)(A).

15. An agency must comply with a FOIA request by issuing a determination within 20 business days after receipt of the request. Id. § 552(a)(6)(A)(i).

16. The determination "must at least inform the requester of the scope of the documents that the agency will produce, as well as the scope of the documents that the agency plans to withhold under any FOIA exemptions." *Citizens for Responsibility & Ethics in Wash. v.Fed. Election Comm'n*, 711 F.3d 180, 186 (D.C. Cir. 2013).

17. An agency may be entitled to one (10) ten-day extension of time to respond to a request if it provides written notice to the requester explaining that "unusual circumstances" exist that warrant additional time. 5 U.S.C. § 552(a)(6)(B).

18. An agency must immediately notify the requester of its determination whether to comply with a request, and the reasons for it, and of the right of such person to appeal an adverse determination. Id. § 552(a)(6)(A)(i).

19. An agency's failure to comply with any timing requirements is deemed constructive denial and satisfies the requester's requirement to exhaust administrative remedies. Id. § 552(a)(6)(C)(i).

*Abdurazegh Hassan v. DHS*
*Case No.*

20. A FOIA requester who exhausts administrative remedies may petition the court for injunctive and declaratory relief from the agency's continued withholding of public records. Id. § 552(a)(4)(B).

## V. STATEMENT OF CLAIMS

### Count I: Failure to Respond to Request Within Statutory Timeframe

21. Plaintiff re-alleges and incorporates paragraphs one (1) through twenty-one (21) as if set forth in full.

22. Defendants failed to respond to the Request within the statutorily mandated timeframe, in violation of Plaintiff's rights under FOIA, including, but not limited to, 5 U.S.C. §§ 552(a)(6)(A)(i) and (6)(B).

23. Plaintiff is entitled to their reasonable attorneys' fees and costs under 5 U.S.C. § 552(a)(4)(E).

### Count II: Failure to Produce Responsive Records

24. Plaintiff re-alleges and incorporates paragraphs one (1) through twenty-one (21) as if set forth in full.

25. Defendants failed to disclose and produce any records responsive to the Request in violation of Plaintiff's right to those records under FOIA, including but not limited to 5 U.S.C. § 552(a)(3)(A) and (6)(A).

26. Plaintiff is entitled to their reasonable attorneys' fees and costs under 5 U.S.C. § 552(a)(4)(E).

## VI. PRAYER FOR RELIEF

**WHEREFORE**, Defendant requests the Court to:

1. Order the Defendant to process FOIA request NRC2018066910 and to issue a determination on that request within twenty (20) business days of the date of the Order;

*Abdurazegh Hassan v. DHS*
*Case No.*

2.  Order the Defendant to promptly produce a copy of all responsive records upon issue of the final determination on Plaintiff's FOIA Request;

3.  Award Plaintiff its costs and reasonable attorney fees incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and

4.  Grant such other relief as the Court may deem just and proper.

Respectfully submitted on this 14th day of September, 2018 by:

s/ Lara E. Nations
Lara E. Nations
Attorney for Plaintiff